Collins, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FELBERBAUM et al., Respondents, v. BRONSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) Action by Samuel Felberbaum and another against Jacob Bronstein and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re FENNELLY. (Supreme Court, Appellate Division, Fourth Department. March 13, 1912.) In the matter of Philip V. Fennelly, an attorney and counselor at law.
PER CURIAM. Matter referred to Vernon Cole, Esq., an attorney residing at Buffalo, N. Y., to take the proofs concerning the matters alleged in the petition and report the same to the court, with his opinion thereon.

FERGUSON, Appellant, v. R. H. SELLERS CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by John Ferguson, Jr., against the R. H. Sellers Company. H. R. Griffith, for appellant. L. Squires, for respondent.
PER CURIAM. Order affirmed with $10 costs and disbursements. Order filed. See, also, infra.
SCOTT, J., dissents.

FERGUSON v. R. H. SELLERS CO. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by John Ferguson, Jr., against the R. H. Sellers Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

FIDELITY MUT. LIFE INS. CO. v. RICHLAND et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by the Fidelity Mutual Life Insurance Company against Harry Richland and others. No opinion. Application granted. Order signed.

FLANSBURG, Respondent, v. NEW YORK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Charles Flansburg against the New York Contracting Company. J. C. Toole, for appellant. T. J. O'Neill, for respondent.
PER CURIAM. Judgment and order affirmed, with costs, on 136 App. Div. 551, 121 N. Y. Supp. 156. Order filed.
INGRAHAM, P. J., and McLAUGHLIN, J., dissent, on former dissenting opinion.

FLEMING v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Bridget J. Fleming against the city of New York. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

FORDON v. FORDON. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Alfred C. Fordon against Ella Fordon. No opinion. Motion denied, without costs. Order filed.

FORMAN & ZELTER, Inc., Respondent, v. THATCHER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Forman & Zelter, Incorporated, against Charles T. Thatcher. No opinion. Judgment affirmed, with costs.

FOSTER et al. v. WYLIE. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Mortimer Foster and others against Walker G. Wylie. No opinion. Motion to dismiss appeal denied. Order filed.

FOX, Appellant, v. GALLO et al., Respondents. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Henry E. Fox against Joseph Gallo and another. C. Blandy, for appellant. H. S. Marshall, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FRIEZE, Respondent, v. ALABAMA GREAT SOUTHERN R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Lyman B. Frieze, Jr., against the Alabama Great Southern Railroad Company. No opinion. Judgment affirmed, with costs.

FUND, Respondent, v. SPIVACK, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by Sam Fund against Joseph Spivack. E. M. Grout, for appellant. J. F. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 132 N. Y. Supp. 1147.

GARVEY, Respondent, v. OLDBURY ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Judgment and order affirmed, with costs. See, also, 136 App. Div. 910, 120 N. Y. Supp. 1124.

GEORGE COLON & CO., Respondent, v. ILLINOIS SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by George Colon & Co. against the Illinois Surety Company, impleaded with others. N. L. Keach, for appellant. H. Asher, for respondent. No opinion. Judgment affirmed, with costs. Order filed.